```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10717
    DEBRA MUHAMMAD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0258


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/30/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 10/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00            .00           .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      1120.47           .00       1120.47
PIERCE & ASSOC           NOTICE ONLY      NOT FILED           .00           .00
CAPITAL ONE BANK         UNSECURED        NOT FILED           .00           .00
CARSONS PIRIE SCOTT      UNSECURED        NOT FILED           .00           .00
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED           .00           .00
JEWELS                   UNSECURED        NOT FILED           .00           .00
KMART                    UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED        NOT FILED           .00           .00
VILLAGE OF EVERGREEN PAR UNSECURED        NOT FILED           .00           .00
SMC                      NOTICE ONLY      NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED             8.55           .00          8.55
ILLINOIS DEPT OF REVENUE PRIORITY             57.95           .00         57.95
GLEASON & MACMASTER      DEBTOR ATTY       2,500.00                     2,500.00
TOM VAUGHN               TRUSTEE                                          257.52
DEBTOR REFUND            REFUND                                           818.57

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             4,763.06

PRIORITY                                        57.95
SECURED                                      1,120.47
UNSECURED                                        8.55
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           257.52
DEBTOR REFUND                                  818.57
                   --------------         --------------
TOTALS              4,763.06                 4,763.06


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10717 DEBRA MUHAMMAD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/14/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE