```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 10717
    DEBRA MUHAMMAD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-0258

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 08/30/2006 and was confirmed 02/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/10/2007.
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00             .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE     1120.47             .00         1120.47
PIERCE & ASSOC             NOTICE ONLY     NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00             .00
CARSONS PIRIE SCOTT        UNSECURED       NOT FILED             .00             .00
DIRECT MERCHANTS BANK      UNSECURED       NOT FILED             .00             .00
JEWELS                     UNSECURED       NOT FILED             .00             .00
KMART                      UNSECURED       NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED             .00             .00
VILLAGE OF EVERGREEN PAR   UNSECURED       NOT FILED             .00             .00
SMC                        NOTICE ONLY     NOT FILED             .00             .00
ILLINOIS DEPT OF REVENUE   UNSECURED            8.55             .00            8.55
ILLINOIS DEPT OF REVENUE   PRIORITY            57.95             .00           57.95
GLEASON & MACMASTER        DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                 TRUSTEE                                             257.52
DEBTOR REFUND              REFUND                                              818.57

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                4,763.06

PRIORITY                                          57.95
SECURED                                        1,120.47
UNSECURED                                          8.55
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             257.52
DEBTOR REFUND                                    818.57
                       --------------         --------------
TOTALS                 4,763.06                4,763.06


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 10717 DEBRA MUHAMMAD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE